# Identification of Second Amended Complaint

Darron. C. Stanley
Plaintiff

v.

Ron Davis, et, al
Defendants.

Case No. 19-CV-05994-JST

Identification of Second Amended Complaint

FILED
DEC 27 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

Plaintiff Intends for ECF No. 18 to Be the operative Second Amended Complaint.

6. Pages - Dark Printed Complaint.

I Declare Under Penalty of Perjury that the For Going is True & Correct.

Executed on: 12-23-2019

Marvin Allah
a.k.a. Mr. Darron C. Stanley

( 1) __Identification of Second Amended (Complaint)__

If it Pleases The Court,

Judge Jon. S. Tigar!, Your Honor!,

I wrote one complaint out & typed one, But because my typewriter is old & not working right - I Had my typed out complaint, Redone & sent it to the Court - it is the latest one I sent - I had it typed out by my Attorney.

It is typed in __Dark__ Ink so it can be clearly read, it is a redue of my typed out complaint.

I didn't or didn't know if the court would accept my typed out complaint. So I sent the Hand Written one - I wish to use __the typed out latest Second Amended Complaint__ the typed out one the one in __Dark Print.__

__Please.__

It's 6 pages. I sent it to the Courts After the lighter typed Second Amended Complaint & the hand written one. These two I sent together,

However the one I wish to file is the one I sent Latest which the Courts should have Received on for About A week later It is A Darker Version of The lighter Typed Complaint - I would like Dec. 17, 2019 ECF. NO. 18 -

it is The Darker Very of my typed out Second Amended Complaint - I would like to file This one please -

Thank you
Very Very Much
For your Understanding
& patients with me -

in Honor
Peace -

Maurice Albert-
aca Steven C. Stanley
P.O. Box D-09328 (58457)
San Quentin Prison
San Quentin Ca 94974

12-23-2019 -